# United States District Court

__EASTERN__ DISTRICT OF __VIRGINIA__

FILED
JUN 1 3 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

KAMRAN M. KHAN
(unknown address)

## CRIMINAL COMPLAINT

CASE NUMBER: 1:08mj458

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September - November 2007__ in __Fairfax County__ County, in the __Eastern__ District of __Virginia__ defendant(s) did, (Track Statutory Language of Offense)

conspire and agree with another person to commit an offense against the United States, specifically, to engage in a scheme to defraud financial institutions and to use interstate wire communications in execution of the scheme to defraud.

in violation of Title __18__ United States Code, Section(s) __371 and 1343__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Stephen P. Learned, Assistant U.S. Attorney

_Mark Richard Stanley_
Mark Stanley
Special Agent
FBI

Sworn to before me and subscribed in my presence,

June 13, 2008    at    Alexandria, Virginia
Date                                          City and State

Barry R. Poretz
United States Magistrate Judge

Signature of Judicial Officer